UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRENT DAVIS,**
**ADC #149851**                                                                                    **PLAINTIFF**

**VS.**                                    **5:15-CV-00277 BRW**

**FREDDY LEWIS, Corporal, and**
**JEREMY ANDREWS, Warden,**
**Varner Unit, Arkansas Department of Correction**                    **DEFENDANTS**

**JUDGMENT**

Based on the Order entered today, this case is DISMISSED without prejudice.  I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 18th day of March, 2016.

      /s/ Billy Roy Wilson
       UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).